■■■ In the Matter of ANTONIO M. and Another, Infants. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; ANTHONY M., Appellant. [718 NYS2d 252] —Amended order unanimously affirmed without costs for reasons stated at Erie County Family Court, Rosa, J. (Appeal from Amended Order of Erie County Family Court, Rosa, J.—Terminate Parental Rights.) Present—Pine, J. P., Wisner, Hurlbutt and Kehoe, JJ.

■■■ In the Matter of KERENSA D. and Another, Infants. OSWEGO COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; REBECCA B., Appellant. (Appeal No. 1.) [718 NYS2d 661] —Order unanimously affirmed without costs (*see, Matter of Kerensa D.* (278 AD2d 878 [decided herewith]). (Appeal from Order of Oswego County Family Court, Roman, J.—Placement.) Present—Pine, J. P., Wisner, Hurlbutt and Kehoe, JJ.